MDLOUT

**U.S. District Court**
**Middle District of Florida (Jacksonville)**
**CIVIL DOCKET FOR CASE #: 3:08-cv-00353-HLA-HTS**
**Internal Use Only**

Brill et al v. Davol, Inc. et al
Assigned to: Judge Henry Lee Adams, Jr
Referred to: Magistrate Judge Howard T. Snyder
Case in other court: Circuit Court/Duval, County Florida, CA-001193
Cause: 28:1332 Diversity-Notice of Removal

Date Filed: 04/09/2008
Date Terminated: 06/11/2008
Jury Demand: Both
Nature of Suit: 362 Personal Inj. Med. Malpractice
Jurisdiction: Diversity

**Plaintiff**

**Harry Brill** represented by **Stephanie J. Hartley**
Wilner Block, PA
Suite 3
3127 Atlantic Blvd
Jacksonville, FL 32207
904/446-9817
Fax: 904/446-9825
Email: shartley@wilnerblock.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Brill** represented by **Stephanie J. Hartley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **John M. Kvartek**
Clark, Partington, Hart, Larry, Bond & Stackhouse
125 W Romana St - Ste 800
PO Box 13010
Pensacola, FL 32591-3010
850/434-9200
Fax: 850/432-7340
Email: jkvartek@cphlaw.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.**

represented by **John M. Kvartek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/09/2008 | 1 | NOTICE OF REMOVAL from Circuit Court 4th Judicial Circuit/Duval County, Florida, case number CA-001193 filed in State Court on 1/30/08. Filing fee $ 350, receipt number J028813 filed by Davol, Inc., C.R. Bard, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(SJW) (Entered: 04/10/2008) |
| 04/09/2008 | 2 | COMPLAINT against Davol, Inc., and C.R. Bard, Inc. ; jury demand filed by Harry Brill, Patricia Brill.(SJW) (Entered: 04/10/2008) |
| 04/09/2008 | 3 | ANSWER and affirmative defenses to 2 Complaint with Jury Demand by Davol, Inc., C.R. Bard, Inc..(SJW) (Entered: 04/10/2008) |
| 04/09/2008 | 4 | CORPORATE disclosure statement by Davol, Inc., C.R. Bard, Inc.. (SJW) (Entered: 04/10/2008) |
| 04/10/2008 | 5 | AMENDED STANDING ORDER: Filing of documents that exceed twenty-five pages. Signed by All Jacksonville Divisional Judges on 5/25/05. (SJW) (Entered: 04/10/2008) |
| 04/28/2008 | 6 | NOTICE of designation under Local Rule 3.05 - track 2. Signed by Deputy Clerk on 4/28/2008. (PJG) (Entered: 04/28/2008) |
| 06/11/2008 | 7 | MULTIDISTRICT LITIGATION panel order transferring case to: Rhode Island Transferee court case number: CA 08-2483 MDL case number: 1842 (JLM) (Entered: 06/11/2008) |